USCA Case #14-1275    Document #1527040    Filed: 12/10/2014    Page 1 of 7



# IN THE UNITED STATES COURT OF APPEALS

# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB and GALVESTON BAYKEEPER, <br><br> Petitioners, <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Respondent. | No. 14-1275 |

## PETITION FOR REVIEW

Pursuant to Natural Gas Act § 19(b), 15 U.S.C. §717r(b), and Fed. R. App. P. 15(a), Sierra Club and Galveston Baykeeper hereby petition the Court for review of:

1. the Order of the Federal Energy Regulatory Commission entered on July 30, 2014 at 148 FERC ¶ 61,076 and titled "Order Granting Authorizations under Section 3 of the Natural Gas Act";

2. the Commission's denial of Petitioners' request for rehearing of this order, entered on November 13, 2014 at 149 FERC ¶ 61,119 and titled "Order Denying Rehearing and Clarification."

These two Orders were entered in Commission dockets Freeport LNG Development, L.P., FLNG Liquefaction, LLC, FLNG Liquefaction 2, LLC, FLNG Liquefaction 3, LLC, Docket Nos. CP12-509-000 and CP12-509-001 and Freeport LNG Development, L.P., CP12-29-000 and CP12-29-001.

Respectfully submitted on December 10, 2014.

By: *[signature: Nathan Matthews (AJR)]*

Nathan Matthews (Cal. Bar No. 264248)
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, CA 94105
Telephone: (415) 977-5695
nathan.matthews@sierraclub.org

Attorney for Petitioners Sierra Club and Galveston Baykeeper

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB and GALVESTON BAYKEEPER, ) ) ) ) Petitioners, ) ) v. ) ) FEDERAL ENERGY ) REGULATORY COMMISSION, ) ) Respondent. ) | No. |

## CORPORATE DISCLOSURE STATEMENT

**Sierra Club**, a corporation organized and existing under the laws of the State of California, is a national nonprofit organization dedicated to the protection and enjoyment of the environment. Sierra Club has no parent corporation, and no publicly held corporation owns any of its stock.

**Galveston Baykeeper,** a corporation organized and existing under the laws of the State of Texas, is a nonprofit organization committed to preserving and protecting the health of Galveston Bay and its

watershed for our children, our economy and our future, through advocacy and education, and enforcement of federal environmental laws. Galveston Baykeeper has no parent corporation, and no publicly held corporation owns any of its stock.

Respectfully submitted on December 10, 2014.

By: _Nathan Matthews (ACJR)_

Nathan Matthews (Cal. Bar No. 264248)
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, CA 94105
Telephone: (415) 977-5695
nathan.matthews@sierraclub.org

Attorney for Petitioners Sierra Club and Galveston Baykeeper

## CERTIFICATE OF SERVICE

I, Natalie Spiegel, hereby certify under the penalty of perjury that on December 10, 2014, I served a copy of the foregoing Petition for Review and Corporate Disclosure Statement by electronic mail on the following parties, including all members of the service list in FERC Docket Nos. CP12-509-000, CP12-509-001, CP12-29-000, and CP12-29-001:

Harold Doty
839 Yaupon
Clute, TEXAS 77531
harold.doty@hotmail.com

Pete Frost
Director - Regulatory Affairs
ConocoPhillips Company
1776 Eye St. NW
Washington, DC 20006
pete.w.frost@conocophillips.com

Dionne McCallum-George
Legal Secretary
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NEW YORK 10103
dionne.mccallum-george@nortonrosefulbright.com

Robert Maddison
151 Sand Shoals Rd.
Freeport, TEXAS 77541
hideawaybob@ymail.com

Lisa Tonery
Attorney
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NEW YORK 10103
lisa.tonery@nortonrosefulbright.com

Rabeha Kamaluddin
Attorney
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue NW
Washington, DC 20004-2623
rkamaluddin@fulbright.com

Tania S. Perez, ESQ
Partner
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NEW YORK 10103
tania.perez@nortonrosefulbright.com

Brad Bacon
Inergy Midstream LLC
Two Brush Creek Blvd., Suite 200
Kansas City, MISSOURI 64112
bbacon@inergyservices.com

Robin Rio
114 Sand Shoals
Freeport, TEXAS 77541
rockyrio57@yahoo.com

Jeffrey Tucker
147 Sand Shoals Rd
Freeport, TEXAS 77541
jeff@tuckerlithographic.com

Robert Tiano
110 Sky Sail RD
Freeport, TEXAS 77541
bobtiano@yahoo.com

Floyd Winkler
Secretary/Treasurer Commodore
127 Poop Deck Lane
Freeport, TEXAS 77541
offduty@surfsidetx.net

Bruce Page
Director-Commercial Operations
c/o Inergy, L.P.
Two Brush Creek Blvd., Suite 200
Kansas City, MISSOURI 64112
BPage@inergyservices.com

Larry Bontekoe
203 Tuna Run
Freeport, TEXAS 77541
larrybontekoe@gmail.com

Mr. Henry P Clayton Jr
155 Kings Dr.
Freeport, TEXAS 77541
unitedfluid@windstream.net

Richard and Dianna Linn
159 Sand Shoal Rd
Freeport, TEXAS 77493
ricklinn@mmaequipment.com

Robin Chapman
Hide-Away-On-The Gulf Property
123 Poop Lane
Freeport, TEXAS 77541
rphatteras@earthlink.net

Alphonse Schwenke
131 Driftwood Rd.
Freeport, TEXAS 77541
aoschwenke@sbec.com

Anita Tiano
110 Sky Sail RD
Freeport, TEXAS 77541
anitatiano@yahoo.com

Robert Lemmond
Property Owner
155 Sand Shoals
Freeport, TEXAS 77541
blemmond@lockton.com

Annette Hausman
142 Driftwood Road
Freeport, TEXAS 77541
annette.hausman@yahoo.com

Kevin McIntyre
Jones, Day Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
kjmcintyre@jonesday.com

Jason Leif
Jones Day
2727 Allen Parkway
Suite 1200
Houston, TEXAS 77019
jfleif@jonesday.com

Gerald Propst
123 Sand Shoals
Freeport, TEXAS 77541
gerald.propst@yahoo.com

James McConnell
151 Jolly Boat
Freeport, TEXAS 77541
jamie.mcconnell@kbr.com

David Cole
155 Four Master
Freeport, TEXAS 77541
david@bastropbayou.com

David Louw
Head of Compliance
Macquarie Energy LLC
500 Dallas St
Houston, TEXAS 77007
david.louw@macquarie.com

Mosby Perrow
Attorney
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
mgperrow@jonesday.com

December 10, 2014.

*Natalie Spiegel* (AJR)
Natalie Spiegel