# IN THE UNITED STATES COURT OF APPEALS

# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| SIERRA CLUB AND GALVESTON BAYKEEPER | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | No. 14-1275 |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) | |
| Respondent. | ) ) ) | |
| _____ | ) | |

## JOINT PROPOSED BRIEFING SCHEDULE

Petitioners Sierra Club and Galveston Baykeeper, Respondent Federal Energy Regulatory Commission ("Commission"), and Movant-Intervenors Freeport LNG Development, L.P., Freeport Liquefaction, LLC, FLNG Liquefaction 2, LLC, and FLNG Liquefaction 3, LLC have conferred and jointly agree to a schedule for briefing this matter. Accordingly and pursuant to this court's Order filed on January 13, 2015 granting additional time to propose a briefing schedule, the parties jointly request the following briefing schedule:

| | |
|---|---|
| (1) Brief of Petitioners: | March 13, 2015; |
| (2) Brief of Respondent: | May 5, 2015; |
| (3) Brief of Movant-Intervenors: | May 20, 2015; |
| (4) Reply Brief of Petitioner: | June 19, 2015; |
| (5) Deferred Joint Appendix: | June 26, 2015; |
| (6) Final Briefs: | July 3, 2015. |

Respectfully submitted on January 30, 2015.

By: ___/s/ Deborah Sivas_____
Deborah Sivas
Alicia E. Thesing
Matthew J. Sanders
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
Telephone:  (650) 723-0325
Email:  dsivas@stanford.edu

_____
Michael Robinson-Dorn
Environmental Law Clinic
University of California, Irvine School of Law
401 E. Peltason Drive, Suite 4500
P.O. Box 5479
Irvine, California 92616-5479
Telephone:  (949) 824-1043
Email:  mrobinson-dorn@law.uci.edu

_____
Nathan Matthews
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, California 94105-3441

2

Telephone: (415) 977-5695
Email: nathan.matthews@sierraclub.org

Attorneys for Petitioners SIERRA CLUB and GALVESTON BAYKEEPER

__/s/ Karin L. Larson_____
Karin L. Larson
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-8236
Email: karin.larson@ferc.gov

Attorney for Respondent Federal Energy Regulatory Commission

__/s/ Jonathan S. Franklin_____
Jonathan S. Franklin
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W. Suite 500
Washington, DC 20004-2623
Telephone: (202) 662-0466
Email: jonathan.franklin@nortonrosefulbright.com

Attorney for Movant-Intervenors Federal Energy Regulatory Commission Freeport LNG Development, L.P., Freeport Liquefaction, LLC, FLNG Liquefaction 2, LLC, and FLNG Liquefaction 3, LLC

# CERTIFICATE OF SERVICE

I, Natalie Spiegel, hereby certify under the penalty of perjury that on January 30, 2015, I filed the original of Joint Proposed Briefing Schedule via the Court's CM/ECF system, thereby causing an electronic copy to be served on all parties registered to receive notices in this case via electronic noticing.

January 30, 2015           /s/ Natalie Spiegel

                           Natalie Spiegel
                           Sierra Club
                           85 Second St., 2d Fl.
                           San Francisco, CA 94105