ORAL ARGUMENT HELD ON NOVEMBER 13, 2015

December 15, 2015

*Via Electronic Case Filing*
Mark Langer, Clerk
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., N.W., Room 5205
Washington, D.C. 20001

Re:   *Sierra Club, et al., v. FERC,* No. 14-1275

Dear Mr. Langer:

Pursuant to F.R.A.P. 28(j), Petitioners Sierra Club and Galveston Baykeeper submit the following response to the letter submitted by Respondent FERC in the above-captioned case on December 7, 2015.

On December 4, 2015, the Department of Energy denied petitioner Sierra Club's request for rehearing in a related matter. *Freeport LNG Expansion, L.P., et al.*, DOE/FE Order No. 3357-C, Docket No. 11-161-LNG (Dec. 4, 2015). That order affirms the Department's prior decision to authorize exports from the Freeport projects without any National Environmental Policy Act ("NEPA") review beyond that conducted by FERC. In particular, the Department of Energy, like FERC, refuses to assess any indirect impacts related to natural gas production or use, as not "reasonably foreseeable" consequences of its decision.

Contrary to FERC's suggestion, the Department did not engage in additional NEPA analysis. The "two 2014 reports, the Environmental Addendum and Greenhouse Gas Report," were not prepared "to [the]

1

end" of meeting the Department's NEPA obligations. FERC letter at 1. The Department contends that these reports were "not required by NEPA." Environmental Addendum at 3. The newly filed Department order does not refer to these materials when summarizing the Department's NEPA compliance. DOE/FE Order 3357-C at 11-12. Instead, these materials were prepared to inform the Department's Natural Gas Act evaluation. *See also* Freeport LNG Expansion, L.P., et al., DOE/FE Order No. 3357-B, Docket No. 11-161-LNG, at 7 (Nov. 14, 2014). The Department did not follow NEPA's procedural and substantive requirements in preparing these materials. *See* Reply Brief 8-9.

Finally, the Department's order affirms the Department's prior decision to limit the scope of authorized exports to the capacity of the FERC-approved liquefaction facility and terminal. DOE/FE Order 3357-C at 1-2.

Respectfully submitted,

/s/ Nathan Matthews
Nathan Matthews
85 2nd St., Second Floor
San Francisco, CA 94105
(415) 977-5695
nathan.matthews@sierraclub.org
*Counsel for Petitioners Sierra Club and Galveston Baykeeper*

cc: Counsel of Record (via ECF)

2