**NORTON ROSE FULBRIGHT**

Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, D.C. 20001
United States

December 23, 2015

Direct line +1 202 662 0466
jonathan.franklin@nortonrosefulbright.com

Tel +1 202 662 0200
Fax +1 202 662 4643
nortonrosefulbright.com

Mr. Mark J. Langer
Clerk of Court
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, D.C. 20001

Re:   *Sierra Club & Galveston Baykeeper v. Federal Energy Regulatory Comm'n*, No. 14-1275
      (oral argument held on November 13, 2015)

Dear Mr. Langer

      Pursuant to Fed. R. App. P. 28(j), Respondent-Intervenors Freeport LNG Development, L.P., FLNG Liquefaction, LLC, FLNG Liquefaction 2, LLC, and FLNG Liquefaction 3, LLC (collectively, "Freeport") submit the enclosed document as a supplemental authority.

      On December 22, 2015, Petitioner Sierra Club filed a new Petition for Review with this Court, seeking review of two orders issued by the U.S. Department of Energy ("Department") under Section 3 of the Natural Gas Act, 15 U.S.C. § 717b (2012), authorizing exports of liquefied natural gas ("LNG") from the Freeport LNG Terminal, whose siting, construction, and operation are at issue in the instant case. Specifically, Sierra Club's new Petition seeks review of: (1) the Department's November 14, 2014, order authorizing LNG exports to nations with which the United States does not have a free trade agreement providing for the national treatment for trade in natural gas and LNG (discussed on pages 2–3 and 9–10 of Freeport's brief, and on pages 13–19 of Respondent's brief); and (2) the Department's December 4, 2015, order denying Sierra Club's request for rehearing (discussed in the Fed. R. App. P. 28(j) letters filed by Respondent and Petitioners on December 7 and 15, 2015, respectively).

Sincerely,

/s/ Jonathan S. Franklin
Jonathan S. Franklin

Counsel for Respondent-Intervenors Freeport LNG Development, L.P., FLNG Liquefaction, LLC, FLNG Liquefaction 2, LLC & FLNG Liquefaction 3, LLC

Enclosure

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB, )
)
Petitioner, )
)
v. )
) No.
DEPARTMENT OF ENERGY, )
)
Respondent. )
)
)
)
)

## PETITION FOR REVIEW

Pursuant to Natural Gas Act § 19(b), 15 U.S.C. §717r(b), and Fed. R. App. P. 15(a), Sierra Club hereby petitions the Court for review of:

1. the Department of Energy, Office of Fossil Energy Order No. 3357-B entered on November 14, 2014 and titled "Final Opinion and Order Granting Long-Term Multi-Contract Authorization to Export Liquefied Natural Gas by Vessel from the Freeport LNG Terminal on Quintana Island, Texas, to Non-Free Trade Agreement Nations"; and

2. the Respondent's denial of Petitioner's Request for Rehearing of the order above, found at Order No. 3357-C entered on December 4, 2015 and titled "Opinion and Order Denying Request for Rehearing of Orders Granting Long-Term, Multi-Contract Authorization to Export Liquefied Natural Gas by Vessel from the Freeport LNG Terminal on Quintana Island, Texas, to Non-Free Trade Agreement Nations."

These two Orders were entered in the Department of Energy, Office of Fossil Energy docket *Freeport LNG Expansion L.P., et al.*, FE Docket No. 11-161-LNG. Copies of both orders are attached.

Respectfully submitted on December 22, 2015.

By: *Nathan Matthews* (AJR)
Nathan Matthews (Cal. Bar No. 264248)
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, CA 94105
Telephone: (415) 977-5695
nathan.matthews@sierraclub.org

Attorney for Petitioner Sierra Club

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| SIERRA CLUB, ) | |
| Petitioner, ) | |
| v. ) | No. |
| DEPARTMENT OF ENERGY, ) | |
| Respondent. ) | |

## CORPORATE DISCLOSURE STATEMENT

**Sierra Club**, a corporation organized and existing under the laws of the State of California, is a national nonprofit organization dedicated to the protection and enjoyment of the environment. Sierra Club has no parent corporation, and no publicly held corporation owns any of its stock.

Respectfully submitted on December 22, 2015.

By: *Nathan Matthews (AJR)*
Nathan Matthews (Cal. Bar No. 264248)
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, CA 94105
Telephone: (415) 977-5695
nathan.matthews@sierraclub.org

Attorney for Petitioner Sierra Club

## CERTIFICATE OF SERVICE

I, Natalie Spiegel, hereby certify under the penalty of perjury that on December 22, 2015, I served a copy of the foregoing Petition for Review and Corporate Disclosure Statement by electronic mail on the following parties, including all members of the service list in FE Docket No. 11-161-LNG:

John B. Tobola
Vice President & General Counsel
Freeport LNG Expansion, LP. and
FLNG Liquefaction, LLC
333 Clay Street, Suite 5050
Houston, TX 77002
tobola@freeportlng.com

Les E. Lo Baugh
Attorney
Freeport LNG Expansion, LP. and
FLNG Liquefaction, LLC
2029 Century Park East
Suite 2100
Los Angeles, CA 90067
llobaugh@bhfs.com

Susan Eckert
Gulf Coast Environmental Labor Coalition
7050 Puma Trail
Littleton, CO 80125
susaneckert.sellc@comcast.net

Joseph M. Santarella, Jr.
Santarella & Eckert, LLC
Gulf Coast Environmental Labor Coalition
7050 Puma Trail
Littleton, CO 80125
jmsantarella.sellc@comcast.net

David Schryver
Executive Vice President
American Public Gas Association
Suite C-4
201 Massachusetts Avenue, NE
Washington DC 20002
dschryver@apga.org

William T. Miller
Attorney for Amer Public Gas Assoc.
Miller, Balis & O'Neil, P.C.
Twelfth Floor
1015 Fifteenth Street, N.W.
Washington DC 20005
wmiller@mbolaw.com

Harry L. Clark
Orrick, Herrington & Sutcliffe LLP
America Energy Advantage, Inc.
1152 15th Street, N.W.
Columbia Center
Washington DC 20005-1706
hclark@orrick.com

Paul N. Cicio
President
Industrial Energy Consumers of America
1155 15th Street, NW
Suite 500
Washington DC 20005
pcicio@ieca-us.org

Office of Fuels Programs, Fossil Energy,
U.S. Department of Energy,
Docket Room 3F-056, FE-50,
Forrestal Building, 1000 Independence Avenue SW.,
Washington, DC 20585.
fergas@hq.doe.gov

December 22, 2015.

*Natalie Spiegel* (AJR)
Natalie Spiegel

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2015, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users, and that service on them will be accomplished by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　　　/s Charles R. Scott　　　
　　　　　　　　　　　　　　　　　　Charles R. Scott