**NORTON ROSE FULBRIGHT**

March 23, 2016

Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, D.C. 20001
United States

Direct line +1 202 662 0466
jonathan.franklin@nortonrosefulbright.com

Tel +1 202 662 0200
Fax +1 202 662 4643
nortonrosefulbright.com

Mr. Mark J. Langer
Clerk of Court
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, D.C. 20001

Re:    *Sierra Club v. FERC,* No. 14-1275 (oral argument held on November 13, 2015)

Dear Mr. Langer:

Pursuant to Fed. R. App. P. 28(j), Respondent-Intervenors Freeport LNG Development, L.P., FLNG Liquefaction, LLC, FLNG Liquefaction 2, LLC, and FLNG Liquefaction 3, LLC respond to the supplemental authority submitted by petitioners ("Sierra Club") on March 17, 2016.

FERC's *Jordan Cove* decision, 154 FERC ¶ 61,190, has no bearing on this case other than to demonstrate that FERC will deny an application for a proposed LNG project if it is unable to find that authorization of the project will not be inconsistent with the public interest. Notably, in *Jordan Cove*, FERC did not analyze whether the export of the natural gas commodity would be in the public interest, which is an issue within the sole authority of the Department of Energy ("DOE"). *See id.* at 17-18 n.46 (noting division of authority). Here, by contrast, Sierra Club's NEPA objections rely on the purported inadvisability of exporting natural gas at all, which is an issue within DOE's purview.

Sincerely,

/s/ Jonathan S. Franklin
Jonathan S. Franklin

Counsel for Respondent-Intervenors Freeport LNG Development, L.P., FLNG Liquefaction, LLC, FLNG Liquefaction 2, LLC & FLNG Liquefaction 3, LLC

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users, and that service on them will be accomplished by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　/s Jonathan S. Franklin
　　　　　　　　　　　　　　　　　　　　　　Jonathan S. Franklin